UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLYDE LEON FOX                                 CIVIL ACTION

VERSUS

E.B.R. SHERIFF OFFICE, ET AL.                NO.:14-00588-BAJ-RLB

## RULING AND ORDER

On January 6, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Clyde Leon Fox's ("Plaintiff") Complaint (Doc. 1) be dismissed as legally frivolous, and for failure to state a claim upon which relief may be granted. (Doc. 6).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 6 at p. 1). A review of the record indicates that the January 23, 2015 deadline has elapsed, and Plaintiff has not filed any objections.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the above captioned matter be **DISMISSED WITH PREJUDICE**, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e) and 1915A.

Baton Rouge, Louisiana, this 4th day of February, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA